## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| METALLIA USA, LLC | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. <u>4:14-CV-01840</u> |
| | § | Admiralty Rule 9(h) |
| M/V HELENE SELMER, her engines, | § | |
| tackle, boilers, etc. *in rem,* | § | |
| | § | |
| v. | § | |
| | § | |
| WEHR BULKCARRIERS GMBH & CO. | § | |
| KG; OSKAR WEHR KG GMBH & CO.; | § | |
| AND DAEWOO LOGISTICS CORP. | § | |
|     Defendants. | § | |

### <u>UNOPPOSED 60 DAY ORDER OF DISMISSAL</u>

Counsel for the parties having announced that an amicable settlement has been recommended in this action, and the court being otherwise advised in the premises, it is:

ORDERED that this case is hereby dismissed on the merits without prejudice to the rights of either party to move for reinstatement within sixty (60) days upon presentation of adequate proof that final approval of the settlement could not be obtained from the respective principals for whom counsel act.

SIGNED at Houston, Texas on this _____ day of _____ 2014.

_____
UNITED STATES DISTRICT JUDGE